**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AARON DAVID FARRELL,<br><br>　　　　　　　Defendant. | Case No. 20-cr-03628-LAB<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |

　　The United States Attorney charges:

　　On or about October 22, 2020, within the Southern District of California, defendant, AARON DAVID FARRELL, did knowingly and intentionally import 500 grams and more, to wit: approximately 47.66 kilograms (105.07 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: 11/15/20          .

　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　*/s/ Nelson F. Candelario*
　　　　　　　　　　　　　　NELSON F. CANDELARIO
　　　　　　　　　　　　　　Assistant U.S. Attorney

NFC:am:10/29/2020